```
             UNITED STATES DISTRICT COURT
                DISTRICT OF MINNESOTA
             CIVIL NO.: 22-3012 (DSD/DLM)
```

Joshua A. J.,

    Plaintiff,

v.

**ORDER**

Kilolo Kijakazi,
Acting Commissioner of Social
Security,

    Defendant.

This matter is before the court upon the report and recommendation of United States Magistrate Judge Douglas L. Micko dated November 22, 2023 (R&R). Defendant has notified the court that it will not object to the R&R.

Accordingly, based on the R&R and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED that:**

1. The R&R [ECF No. 20] is adopted in its entirety;

2. Plaintiff's Motion for Summary Judgment [ECF No. 12] is granted;

3. Defendant's Motion for Summary Judgment [ECF No. 18] is denied; and

4. The matter is remanded to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for proceedings consistent with the R&R.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


DATED: December 4, 2023                /s David S. Doty
                                                  David S. Doty. Judge
                                                  United States District Court