```
          UNITED STATES DISTRICT COURT
              DISTRICT OF MINNESOTA
           CIVIL NO. 22-3012 (DSD/DLM)
```

Joshua A.J.,

        Plaintiff,

**ORDER**

v.

Frank Bisignano,
Commissioner of Social Security,

        Defendant.

This matter is before the court upon the report and recommendation of United States Magistrate Judge Douglas L. Micko dated June 10, 2025 (R&R). No objections have been filed to the R&R in the time period permitted.

Accordingly, based on the R&R and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1. The R&R [ECF No. 43] is adopted in its entirety;

    2. Plaintiff's motion for attorney fees [ECF No. 35] is granted; and

    3. Plaintiff's counsel is awarded attorney's fees under 42 U.S.C. § 406(b) in the amount of $2,265.23.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: June 26, 2025                        /S David S. Doty
                                                  David S. Doty, Judge
                                                  United States District Court